**932**

Olen BROWN, Appellant,

v.

**S. L. SMITH, Warden, Georgia State Prison, Reidsville, Georgia, Appellee.**

**No. 25667.**

United States Court of Appeals Fifth Circuit.

May 9, 1968.

Olen Brown, pro se.

Mathew Robins, Asst. Atty. Gen., Atlanta, Ga., Arthur K. Bolton, Atty. Gen., Marion O. Gordon, Asst. Atty. Gen., Atlanta, Ga., for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

We are in agreement with the trial court that no certificate of probable cause should be issued, and the appeal is therefore dismissed.

Appeal dismissed.

**Billy Don Franklin BOULDEN, Appellant,**

v.

**William C. HOLMAN, Warden, Kilby Prison, Montgomery, Alabama, Appellee.**

**No. 24174.**

United States Court of Appeals Fifth Circuit.

April 30, 1968.

Order Amended June 24, 1968.

See 395 F.2d 169.

William B. Moore, Jr., Montgomery, Ala., for appellant.

David W. Clark, Asst. Atty. Gen., Richmond M. Flowers, Atty. Gen. of Alabama, Montgomery, Ala., for appellee.

Before COLEMAN and AINSWORTH, Circuit Judges, and CARSWELL, District Judge.

ON PETITION FOR REHEARING EN BANC of 385 F.2d 102.

PER CURIAM.

The Petition for Rehearing is denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, Rule 25 (a), Subpars. (a) (b), the Petition for Rehearing En Banc is also denied.